B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dolphin Marine Fuels, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**46-4891899** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1071 S. Sun Drive**<br>**Suite 3**<br>**Lake Mary, FL**                     ZIP Code **32746** | Street Address of Joint Debtor (No. and Street, City, and State):                     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Seminole** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1071 S. Sun Drive**<br>**Suite 3**<br>**Lake Mary, FL**                     ZIP Code **32746** | Mailing Address of Joint Debtor (if different from street address):                     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **24701 La Plaza**<br>**Suite 102**<br>**Dana Point, CA 92629** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | **Dolphin Marine Fuels, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| :--- | :--- | :--- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| :--- | :--- | :--- |
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| :--- | :--- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Dolphin Marine Fuels, LLC** |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _/s/_ _____
Signature of Attorney for Debtor(s)

**R Scott Shuker 984469**
Printed Name of Attorney for Debtor(s)

**Latham, Shuker, Eden & Beaudine, LLP**
Firm Name
**PO Box 3353**
**Orlando, FL 32802-3353**


Address

**(407) 481-5800  Fax: (407) 481-5801**
Telephone Number

**August 28, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/_ _____
Signature of Authorized Individual

**John T. Canal**
Printed Name of Authorized Individual

**Mgr of Americas Bunkering, LLC, MMbr of Debtor**
Title of Authorized Individual

**August 28, 2015**
Date

In re   **Dolphin Marine Fuels, LLC**                                      Case No. _____
                                           Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Americas Bunkering, LLC**<br>Middle District of Florida, Orlando Division | 6:15-bk-<br>Corporate Parent/Affiliate | |
| **Atlantic Gulf Bunkering, LLC**<br>Middle District of Florida, Orlando Division | 6:15-bk-<br>Affiliate | |
| **Bunkers International Corp**<br>Middle District of Florida, Orlando Division | 6:115-bk-<br>Affiliate | |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### Middle District of Florida

In re   **Dolphin Marine Fuels, LLC**                                       Case No. _____
                                           Debtor(s)                         Chapter   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __N/A__ .

2. The following financial data is the latest available information and refers to the debtor's condition on ____.

   a. Total assets                                                          $           0.00

   b. Total debts (including debts listed in 2.c., below)                   $           0.00

   c. Debt securities held by more than 500 holders:                                   Approximate number of holders:

   | | | | | | | | |
   |---|---|---|---|---|---|---|---|
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00 | 0 |

   d. Number of shares of preferred stock                                              0                0

   e. Number of shares common stock                                                    0                0

   Comments, if any:
   **Privately-held Delaware limited liability company**

3. Brief description of Debtor's business:
   **Marine fuels supplier**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Americas Bunkering, LLC, sole member**

# United States Bankruptcy Court
## Middle District of Florida

In re    **Dolphin Marine Fuels, LLC**                                      ,
                                    Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Americas Bunkering, LLC**<br>**1071 S. Sun Drive**<br>**Suite 3**<br>**Lake Mary, FL 32746** | N/A | N/A | Sole Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Mgr of Americas Bunkering, LLC, MMbr of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 28, 2015**                            Signature    /s/ John T. Canal
                                                                   John T. Canal
                                                                   Mgr of Americas Bunkering, LLC, MMbr of Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Dolphin Marine Fuels, LLC**                                        Case No. _____
                                           Debtor(s)                         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dolphin Marine Fuels, Inc 24701 La Plaza, Ste 102 Dana Point, CA 92629 | Dolphin Marine Fuels, Inc 24701 La Plaza, Ste 102 Dana Point, CA 92629 | APA Agreement | | 220,000.00 |
| Integrity Fuels PO Box 660658 Miami Springs, FL 33266 | Integrity Fuels PO Box 660658 Miami Springs, FL 33266 | Broker | | 740.94 |
| Los Angeles Bunker Surveyors US Customs and Broker Prot 214 N Marine Ave Wilmington, CA 90744 | Los Angeles Bunker Surveyors US Customs and Broker Prot 214 N Marine Ave Wilmington, CA 90744 | Other | | 39,091.35 |
| LQM Petroleum Svcs Inc 80 Broadway Cresskill, NJ 07626 | LQM Petroleum Svcs Inc 80 Broadway Cresskill, NJ 07626 | Broker | | 7,895.76 |
| Marine Fuels Management 2140 S DuPont Hwy Camden, DE 19934 | Marine Fuels Management 2140 S DuPont Hwy Camden, DE 19934 | Fuel | | 713,380.49 |
| Micronet Networks, Inc 19800 MacArthur Blvd Suite 300 Irvine, CA 92612 | Micronet Networks, Inc 19800 MacArthur Blvd Suite 300 Irvine, CA 92612 | Other | | 350.00 |
| Ocean Connect Marine 3 Stamford Plaza 301 Tresser Blvd, 15th Fl Stamford, CT 06901 | Ocean Connect Marine 3 Stamford Plaza 301 Tresser Blvd, 15th Fl Stamford, CT 06901 | Broker | | 1,458.39 |
| Sea Marine Fuels, LLC 4440 PGA Blvd, Ste 304 Palm Beach Gardens, FL 33410 | Sea Marine Fuels, LLC 4440 PGA Blvd, Ste 304 Palm Beach Gardens, FL 33410 | Broker | | 722.36 |
| Toyota Tsusho Petroleum USA 90 Broad St, Ste 1506 7th Floor New York, NY 10004 | Toyota Tsusho Petroleum USA 90 Broad St, Ste 1506 7th Floor New York, NY 10004 | Broker | | 864.72 |
| Vopak Terminal LA PO Box 301065 Dallas, TX 75303-1065 | Vopak Terminal LA PO Box 301065 Dallas, TX 75303-1065 | Tank Rental (July/August 2015) | | 138,974.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Dolphin Marine Fuels, LLC                              Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Westoil<br>910 SW Spokane St<br>Seattle, WA 98134 | Westoil<br>910 SW Spokane St<br>Seattle, WA 98134 | Other | | 161,257.83 |
| World Fuel Services<br>9800 NW 41st St, Ste 400<br>Miami, FL 33178 | World Fuel Services<br>9800 NW 41st St, Ste 400<br>Miami, FL 33178 | Fuel | | 653,638.08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Mgr of Americas Bunkering, LLC, MMbr of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 28, 2015**            Signature  _/s/ John T. Canal_
                                              John T. Canal
                                              Mgr of Americas Bunkering, LLC, MMbr of Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   Dolphin Marine Fuels, LLC                                              Case No.
                              Debtor(s)                                        Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Mgr of Americas Bunkering, LLC, MMbr of Debtor of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 28, 2015**                                  /s/ John T. Canal
                                                             John T. Canal/Mgr of Americas Bunkering, LLC, MMbr of Debtor
                                                             Signer/Title

Dolphin Marine Fuels, LLC
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32746

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Americas Bunkering, LLC
1071 S. Sun Drive
Suite 3
Lake Mary, FL 32746

California Franchise Tax Bd
PO Box 942857
Sacramento, CA 94257

Delaware Dept of Revenue
Attn: Zillah Frampton, Bkry
820 N French St
Wilmington, DE 19801

Dolphin Marine Fuels, Inc
24701 La Plaza, Ste 102
Dana Point, CA 92629

Integrity Fuels
PO Box 660658
Miami Springs, FL 33266

Los Angeles Bunker Surveyors
US Customs and Broker Prot
214 N Marine Ave
Wilmington, CA 90744

LQM Petroleum Svcs Inc
80 Broadway
Cresskill, NJ 07626

Marine Fuels Management
2140 S DuPont Hwy
Camden, DE 19934

Marquette Commercial Finance
1600 W 82nd Street
Suite 250
Bloomington, MN 55431

Micronet Networks, Inc
19800 MacArthur Blvd
Suite 300
Irvine, CA 92612

Ocean Connect Marine
3 Stamford Plaza
301 Tresser Blvd, 15th Fl
Stamford, CT 06901

Sea Marine Fuels, LLC
4440 PGA Blvd, Ste 304
Palm Beach Gardens, FL 33410

Toyota Tsusho Petroleum USA
90 Broad St, Ste 1506
7th Floor
New York, NY 10004

Vopak Terminal LA
PO Box 301065
Dallas, TX 75303-1065

Westoil
910 SW Spokane St
Seattle, WA 98134

World Fuel Services
9800 NW 41st St, Ste 400
Miami, FL 33178