## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                          CASE NO.   6:15-bk-7404-CCJ

**DOLPHIN MARINE FUELS, LLC,**                  **CHAPTER 11**

                        **Debtor.**

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**DOLPHIN MARINE FUELS, LLC**, a Delaware limited liability company ("Dolphin Marine" or the "Debtor"), by and through its undersigned counsel, and pursuant to Administrative Order FLMB 2009-1, hereby files its Chapter 11 Case Management Summary and states as follows:

1.     On August 28, 2015 (the "Petition Date"), the Debtor filed its petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The same day, three affiliate companies of the Debtor also filed their Chapter 11 bankruptcy petitions—Bunkers International Corporation; Americas Bunkering, LLC; and Atlantic Gulf Bunkering, LLC (collectively with the Debtor, the "Debtors"). Due to the inter-related nature of the Debtors' respective businesses, and because the Debtors are seeking joint administration of their respective bankruptcy cases, this Case Management Summary will provide a summary of each of the Debtors' businesses.

2.     No trustee has been appointed. The Debtor continues to operate its business and manage its property as a debtor-in-possession under §§ 1107 and 1108 of the Bankruptcy Code.

**I.     Description of the Debtors' Businesses**.

3.     Bunkers International, LLC ("Bunkers LLC"), the parent company of all of the Bunkers family of companies (collectively, "Bunkers"), was founded in 1995 to provide world class

bunkering services to the marine fuel industry.[1]    The company began by providing bunkering services in Cartegena, Colombia.  Since then, Bunkers has become the largest physical marine fuel supplier in the Colombian market and has expanded across the globe, supplying tens of thousands of ships with millions of tons of fuel.  Bunkers provided LSFO, HSFO, and MGO fuel products 365 days a year at all the key ports on both coasts of Colombia.

4.    Prepetition, Bunkers had over 100 employees and provided a range of bunkering services from its offices in the United States, Colombia, the United Kingdom, Singapore, Greece, and South Africa to all types of vessels and companies, including general cargo, dry bulk, tanker operators, major container carriers, and leading cruise lines.  Bunkers provided trading, physical fuel supply, and brokering services to ship operators around the world.  Trading services included access to marine fuel products, advice on hedging and fixed contracts, information on pricing and global fuel trends, and logistics support during the product delivery process.  Bunkers also provided trade credit to customers by using credit lines established with its suppliers.  Bunkers' brokering services included market analysis; contract options, including hedging, fixed, and formula-based; technical guidance; logistics assistance; up-to-date pricing; and proactive and personalized service.

5.    Bunkers International Corporation ("Bunkers International") is a Florida subchapter S-corporation that has its principal place of business in Lake Mary, Florida.  Bunkers International is involved solely in the business of marine fuel trading services.  Bunkers International is wholly owned by Bunkers LLC.

6.    Americas Bunkering, LLC ("Americas Bunkering") is a Delaware limited liability company.  Americas Bunkering is a holding company for Dolphin Marine and Atlantic Gulf

---

[1] "Bunkering" refers to the act of supplying a ship with fuel, which historically was stored in containers known as bunkers.

Bunkering, LLC ("Atlantic Gulf Bunkering").  Americas Bunkering is owned entirely by Bunkers International Holdings, LLC, which in turn is owned entirely by Bunkers LLC.

7.      Dolphin Marine is a Delaware limited liability company authorized to do business in California, with its principal place of business in Dana Point, California.  Dolphin Marine is a marine fuels supplier for the ports of Long Beach and Los Angeles, California.  Dolphin Marine is owned entirely by Americas Bunkering, LLC.

8.      Atlantic Gulf Bunkering is an Alabama limited liability company with its principal place of business in Mobile, Alabama.  Atlantic Gulf Bunkering provides physical fuel supply services throughout the Gulf of Mexico and Southern Atlantic regions, including Mobile, Gulfport, and Pascagoula and surrounding areas.  It is owned entirely by Americas Bunkering, LLC.

## II.      Reasons for Bankruptcy Filing

9.      In January 2015, the Debtors' principal secured lender P.N.C. Bank, N.A. ("PNC") declared a default due to a technical defect in a fixed charge ratio.  Thereafter, Debtors and PNC entered several forbearance agreements with the last agreement expiring on July 31, 2015 (the "Forbearance Period").

10.     Debtors' lending relationship with PNC was via an asset-based loan with advances tied to eligible accounts receivable and inventory (hereafter, the "Borrowing Base").  As of the technical default, Debtors were operating on a break-even basis (despite the historic collapse of oil prices in October 2014 and had over $28,000,000 outstanding on the PNC loan, and assets supporting the Borrowing Base of over $40,000,000.

11.     During the Forbearance Period, PNC sought to decrease the Debtors' Borrowing Base by declaring, in its sole discretion, certain receivables ineligible and increasing the reserve amount which is deducted from the available Borrowing Base.

12.     The net results of the unilateral actions of PNC was that Debtors had less availability to borrow against its line and, thus, had less credit to purchase inventory and, ultimately, a restricted ability to sell product and produce accounts receivable.  PNC's actions resulted in a downward spiral for the company through which it was gradually being squeezed out of existence.  Moreover, because all of Debtors' receipts went into a lockbox controlled by PNC, Debtors had less and less cash to operate and, not surprisingly began to become delinquent with trade creditors.

13.     By the end of the Forbearance Period, PNC had squeezed much of the life out of Debtors such that the total Borrowing Base assets were cut almost in half and there was no access to cash.  Fortunately for PNC, its loan balance is now just below $13,000,000.

14.     After PNC swept all company accounts in the second week of August (including funds belonging to employees as part of a 401(k)), Debtors were left with no option but to direct receipts to a different depository account.  Debtors also sought to increase trade credit by initiating a large sale with World Fuels on August 8, 2015.  World Fuels set off approximately $3,000,000 of an inventory sale against a balance allegedly owed to World Fuels; however, World Fuels did not make any new trade credit available.

15.     From at least May 2015 forward, Debtors worked with numerous parties to explore a potential equity infusion or asset purchase.  In the last two weeks, Debtors were also in significant negotiations to find a buyer for PNC's debt obligation.  Debtors exhausted all efforts to find an out-of-court resolution, but the cash shortfall and increase in trade debt (with several threatened ship arrests) left Debtors with no choice but to seek protection under Chapter 11.

### III.    Ownership Interests in Debtor and the Debtor's Officers

16.    The Debtor's membership interests are owned entirely by Americas Bunkering, which in turn is owned entirely by Bunkers International Holdings, LLC, which in turn is owned by Bunkers LLC.

17.    The Debtor's manager is Americas Bunkering, LLC, which received no compensation from the Debtor in the year prior to the Petition Date in such capacity.

### IV.    Amounts Owed to Various Classes of Creditors

18.    As of the Petition Date, the Debtor's only secured creditor was PNC, which is owed approximately $13,000,000.00.

19.    The Debtor is also indebted to unsecured creditors in the approximate amount of $1,728,373.92, which is comprised of trade debts, primarily for fuel purchases.

### V.    General Description and Approximate Value of Debtor's Current and Fixed Assets

20.    As of the Petition Date, the Debtor has approximately $41,570 in cash, $350,000 in accounts receivable, and $212,000 in inventory.  The Debtor has some furniture and equipment, the value of which is approximately $9,500.00.

21.    The Debtor leases its Dana Point, California office location.

### VI.    Number of Employees and Amounts of Wages Owed as of Petition Date

22.    As of the Petition Date, the Debtor had two full time employees, who were paid current as of filing.

23.     The Debtor is current on all payroll and sales tax obligations.

### VII.    Anticipated Emergency Relief to be requested within 14 days from the Petition Date

24.    The Debtor anticipates filing the following emergency motions:

    a.   Motion for Authority to Use Cash Collateral

    b.   Motion for Joint Administration

**RESPECTFULLY SUBMITTED** this 31st day of August 2015.

/s/ Christopher R. Thompson
**R. Scott Shuker, Esq.**
Florida Bar No. 0984469
rshuker@lseblaw.com
**Christopher R. Thompson, Esq.**
Florida Bar No. 0093102
cthompson@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
**bknotice@lseblaw.com**
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO.  6:15-bk-7404-CCJ

**DOLPHIN MARINE FUELS, LLC,**                  **CHAPTER 11**

Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the forgoing **CHAPTER 11 CASE MANAGEMENT SUMMARY** has been furnished either by fax, electronically, and/or by U.S. First Class, postage prepaid mail to:  Bunkers International Corp., Attn:  John Canal, 1071 S Sun Drive, Suite 3, Lake Mary, FL  32746; Moore & Van Allen PLLC, Attn:  James R. Langdon Esq, 100 N Tryon St, 47th Fl, Charlotte, NC 28202; Jules S. Cohen, Esq., Akerman LLP, PO Box 231, Orlando, FL 32802-0231; all secured creditors and the 20 largest unsecured creditors, as shown on the matrix attached to the original of this summary filed with the Court; and the Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, this 31st day of August 2015.

/s/ Christopher R. Thompson
**Christopher R. Thompson, Esq.**

Dolphin Marine Fuels, LLC
1071 S Sun Drive, Ste 3
Lake Mary, FL  32746

PNC Bank, NA
Attn:  Mark Herdman
600 Galleria Pkwy, Ste 890
Atlanta, GA 30339

Moore & Van Allen PLLC
Attn:  James R. Langdon Esq
100 N Tryon St, 47th Fl
Charlotte, NC 28202

Jules S. Cohen, Esq.
Akerman LLP
PO Box 231
Orlando, FL 32802-0231

Dolphin Marine Fuels, Inc
24701 La Plaza, Ste 102
Dana Point, CA 92629

Integrity Fuels
PO Box 660658
Miami Springs, FL 33266

Los Angeles Bunker Surveyors
US Customs and Broker Prot
214 N Marine Ave
Wilmington, CA 90744

LQM Petroleum Svcs Inc
80 Broadway
Cresskill, NJ 07626

Marine Fuels Management
2140 S DuPont Hwy
Camden, DE 19934

Micronet Networks, Inc
19800 MacArthur Blvd
Suite 300
Irvine, CA 92612

Ocean Connect Marine
3 Stamford Plaza
301 Tresser Blvd, 15th Fl
Stamford, CT 06901

Sea Marine Fuels, LLC
4440 PGA Blvd, Ste 304
Palm Beach Gardens, FL 33410

Toyota Tsusho Petroleum USA
90 Broad St, Ste 1506
7th Floor
New York, NY 10004

Vopak Terminal LA
PO Box 301065
Dallas, TX 75303-1065

Westoil
910 SW Spokane St
Seattle, WA 98134

World Fuel Services
9800 NW 41st St, Ste 400
Miami, FL 33178